FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Goodday Urhuogo
3392 Hard Creek Lane
Buford, GA 30519
Soc Sec #: xxx-xx-xxxx    Employee ID: 25

**Pay Period:** 11/28/21 to 12/11/21
**Check Date:** 12/17/21    **Check #:** 11555

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 441.07 | 20425.25 |
| **NET PAY** | **441.07** | **20425.25** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | M160.00 | 3500.00 |
| | Salary | | | 500.00 | | 6500.00 |
| | Salary | | | | M800.00 | 15000.00 |
| | Total Hours | | | | 960.00 | |
| | Gross Earnings | | | 500.00 | | 25000.00 |
| | Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 1550.00 |
| Medicare | | 7.25 | 362.50 |
| Fed Income Tax | M 0 | 3.08 | 1503.50 |
| GA Income Tax | JW 0 0 0 | 17.60 | 1158.75 |
| **TOTAL** | | 58.93 | 4574.75 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **441.07** | **20425.25** |

*Payrolls by Paychex, Inc.*

0035 1806-1975  Buford Home Care LLC • 4420 South Lee St • Suite 108 • Buford GA 30518 • (770) 831-8782

Scanned with CamScanner

## PERSONAL AND CHECK INFORMATION

Goodday Urhuogo
3392 Hard Creek Lane
Buford, GA  30519
Soc Sec #: xxx-xx-xxxx    Employee ID: 25

Pay Period:  12/12/21 to 12/25/21
Check Date:  12/31/21    Check #: 11563

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 441.07 | 20866.32 |
| **NET PAY** | **441.07** | **20866.32** |

## EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | | | | | |
| | Salary | | M160.00 | | | 3500.00 |
| | Salary | | | 500.00 | | 7000.00 |
| | **Total Hours** | | M800.00 | | | 15000.00 |
| | **Gross Earnings** | | | | 960.00 | |
| | **Total Hrs Worked** | | | 500.00 | | 25500.00 |

## WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 31.00 | 1581.00 |
| Medicare | | 7.25 | 369.75 |
| Fed Income Tax | M 0 | 3.08 | 1506.58 |
| GA Income Tax | JW 0 0 0 | 17.60 | 1176.35 |
| **TOTAL** | | 58.93 | 4633.68 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **441.07** | **20866.32** |

Scanned with CamScanner